UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RACKWISE, INC., a Nevada Corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>GUY ARCHBOLD, an individual,<br><br>        Defendant. | CIV. NO. 2:17-797 WBS CKD<br><br>ERRATA |

----oo0oo----

On page 12, line 9, of this court's Memorandum and Order dated June 13, 2017 (Docket No. 13) the word "plaintiff" is hereby replaced with the word "defendant."

IT IS SO ORDERED.

Dated: June 21, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1