Randall J. Paulson, SBN 206933
**LAW OFFICES OF RANDALL J. PAULSON**
1651 E. 4th St., Ste. 215
Santa Ana, CA  92701
(714) 541-1023
(714) 541-1166 facsimile

rpaulson@paulsonslaw.com

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a Nevada Corporation, | Case No.: 2:17-cv-00797-WBS-CKD |
| Plaintiff, | **ORDER ON REQUEST TO APPEAR TELEPHONICALLY** |
| vs. | |
| GUY ARCHBOLD, an individual, and DOES 1 to 25, inclusive | Hearing Date:  July 24, 2017<br>Hearing Time:  1:30 p.m.<br>Dept:  5 |
| Defendants. | Action Filed:  April 14, 2017<br>Trial Date:  None set |

After reviewing and considering the request submitted by Randall J. Paulson, co-counsel for Defendant, Guy Archbold, to appear at the hearing set for July 24, 2017, at 1:30 p.m. telephonically, the Court GRANTS this request.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  July 20, 2017

_William B. Shubb (signature)_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER ON DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY