UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RACKWISE, INC., a Nevada Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GUY ARCHBOLD, an individual,<br><br>　　　　Defendant. | CIV. NO. 2:17-797 WBS CKD<br><br><u>ORDER</u> |

----oo0oo----

This court's Order of June 13, 2017 (Docket No. 13) is hereby modified, *nunc pro tunc*, to add the following provision:

"Nothing in this Order shall prevent defendant Guy Archbold or any of his agents, or any party acting in concert with him or his agents, from making, signing, or filing any pleading or other document, or from giving any oral or written testimony, in connection with any presently pending lawsuit or arbitration proceeding in which the right to control or ownership of Rackwise, Inc. is in issue."

1

             In all other respects, defendant's motions for reconsideration (Docket No. 15) and clarification (Docket No. 16) of this court's Order, and plaintiff's motion (Docket No. 19) and supplemental motion (Docket No. 22) for contempt are DENIED.

             IT IS SO ORDERED.

Dated:   July 28, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2