Randall J. Paulson, SBN 206933
**LAW OFFICES OF RANDALL J. PAULSON**
1651 E. 4th St., Ste. 215
Santa Ana, CA 92701
(714) 541-1023
(714) 541-1166 facsimile

rpaulson@paulsonslaw.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a Nevada Corporation, | Case No.: 2:17-cv-00797-WBS-CKD |
| Plaintiff, | **ORDER ON REQUEST TO APPEAR TELEPHONICALLY** |
| vs. | |
| GUY ARCHBOLD, an individual, and DOES 1 to 25, inclusive | Hearing Date: October 2, 2017<br>Hearing Time: 1:30 p.m.<br>Dept: 5 |
| Defendants. | Action Filed: April 14, 2017<br>Trial Date: June 5, 2018 |

After reviewing and considering the request submitted by Randall J. Paulson, co-counsel for Defendant, Guy Archbold, to appear at the hearing set for October 2, 2017, at 1:30 p.m. telephonically, the Court GRANTS this request. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: September 22, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER ON DEFENDANT'S CO-COUNSEL REQUEST TO APPEAR TELEPHONICALLY