UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a NEVADA CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>GUY ARCHBOLD, and individual, and DOES 1 to 25, inclusive,<br><br>        Defendant. | CIV. No. 17-00797 WBS CKD<br><br>ORDER RE: MOTION FOR LEAVE TO AMEND TO ADD COUNTERCLAIMS |

      The court having considered the briefs and oral arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that defendant's motion for leave of court to file amended pleading to add counterclaims be, and the same hereby is, DENIED, without prejudice to defendant's right to assert such claims in a separate action or actions.

Dated: October 3, 2017

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1