Randall J. Paulson, SBN 206933
**LAW OFFICES OF RANDALL J. PAULSON**
1651 E. 4th St., Ste. 215
Santa Ana, CA 92701
(714) 541-1023
(714) 541-1166 facsimile
rpaulson@paulsonslaw.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a Nevada Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GUY ARCHBOLD, an individual, and DOES 1 to 25, inclusive<br><br>    Defendants. | Case No.: 2:17-cv-00797-WBS-CKD<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND DISCOVERY CUTOFF** |

The Court, having read and considered the Stipulation to Extend the Discovery Cutoff and good cause appearing, hereby GRANTS this Stipulation. Accordingly, the discovery cutoff is extended to February 2, 2018.

Dated: January 5, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

- 1 -