Randall J. Paulson, SBN 206933
**LAW OFFICES OF RANDALL J. PAULSON**
1651 E. 4th St., Ste. 215
Santa Ana, CA 92701
(714) 541-1023
(714) 541-1166 facsimile
rpaulson@paulsonslaw.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GUY ARCHBOLD, an individual, and DOES 1 to 25, inclusive <br><br> Defendants. | Case No.: 2:17-cv-00797-WBS-CKD <br><br> **ORDER ON STIPULTION TO HEAR DEFENDANT'S MOTION FOR STAY ON SHORTENED TIME.** |

The Court, having read and considered the moving papers regarding the Motion for Stay, as well as the affidavit of Randall J. Paulson, Esq., requesting said motion to be heard on shortened time, hereby GRANTS this request. The February 5, 2018 hearing date is vacated.

The Motion is reset for:  **Monday, January 22 2018 at 1:30 p.m.**

Opposition filing due date:  N/A (previously filed on January 8, 2018)

Rebuttal (if any) filing due date:  **January 16, 2018**

Dated: January 10, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER ON STIPULATION TO HEAR MOTION ON SHORTENED TIME