Randall J. Paulson, SBN 206933
**LAW OFFICES OF RANDALL J. PAULSON**
1651 E. 4th St., Ste. 215
Santa Ana, CA 92701
(714) 541-1023
(714) 541-1166 facsimile
rpaulson@paulsonslaw.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACKWISE, INC., a Nevada Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GUY ARCHBOLD, an individual, and DOES 1 to 25, inclusive<br><br>　　　　Defendants. | Case No.: 2:17-cv-00797-WBS-CKD<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND DISCOVERY CUTOFF.** |

The Court, having read and considered the Stipulation to Extend the Discovery Cutoff until February 28, 2018, and good cause appearing, hereby GRANTS this Stipulation.

Dated: January 29, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

- 1 -

[PROPOSED] ORDER ON STIPULATION TO EXTEND DISCOVERY CUTOFF