Randall J. Paulson, SBN 206933
**LAW OFFICES OF RANDALL J. PAULSON**
1651 E. 4th St., Ste. 215
Santa Ana, CA 92701
(714) 541-1023
(714) 541-1166 facsimile
rpaulson@paulsonslaw.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a Nevada Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GUY ARCHBOLD, an individual, and DOES 1 to 25, inclusive<br><br>　　　　　Defendants. | Case No.: 2:17-cv-00797-WBS-CKD<br><br>**ORDER ON STIPULTION TO EXTEND DISCOVERY CUTOFF AND TRIAL DATE.** |

　　　The Court, having read and considered the Stipulation to Extend the Discovery Cutoff as well as continuing the current trial date, and good cause appearing, hereby GRANTS this Stipulation to extend the discovery cut-off to April 30, 2018. The Pretrial Conference is continued to **July 2, 2018 at 1:30 p.m.** The Jury Trial is continued to **August 21, 2018 at 9:00 a.m**.

　　　Dated: March 27, 2018

　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE