Randall J. Paulson, SBN 206933
**LAW OFFICES OF RANDALL J. PAULSON**
1651 E. 4th St., Ste. 215
Santa Ana, CA  92701
(714) 541-1023
(714) 541-1166 facsimile
rpaulson@paulsonslaw.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACKWISE, INC., a Nevada Corporation, | Case No.:  2:17-cv-00797-WBS-CKD |
| Plaintiff, | **ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT FINAL PRE-TRIAL HEARING** |
| vs. | |
| GUY ARCHBOLD, an individual, and DOES 1 to 25, inclusive | Hearing Date:  July 2, 2017 |
| | Hearing Time: 1:30 p.m. |
| Defendants. | Dept:          5 |
| | Action Filed:  April 14, 2017 |
| | Trial Date:  June 5, 2018 |

After reviewing and considering the request submitted by Randall J. Paulson, counsel for Defendant, Guy Archbold, to appear telephonically at the hearing set for July 2, 2018, at 1:30 p.m., the Court GRANTS this request.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  June 25, 2018

_William B. Shubb_ (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON DEFENDANT'S COUNSEL REQUEST TO APPEAR TELEPHONICALLY