1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   RACKWISE, INC., a Nevada          No. 17-cv-797 WBS CKD
     corporation,
12
                   Plaintiff,
13
          v.                           ORDER
14
     GUY ARCHBOLD, an individual,
15   and DOES 1 to 25, inclusive,

16                 Defendants.

17

18

19          Before the court is plaintiff's Notice of Waiver of

20   Jury Trial. (Docket No. 98.)  The court notes that defendant

21   does not appear to have requested a jury trial in any filing

22   before the court, and in fact specifically stated that he did not

23   demand a jury trial in his Pretrial Statement (Docket No. 95).

24   Nevertheless, the court hereby ORDERS defendant to file a

25   response to the Notice stating whether defendant consents to a

26   court trial on all issues in this case.  The response shall be

27   filed within two days of the date of this order.

28

1    IT IS SO ORDERED.

2  Dated:  July 12, 2018

3                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28