UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUY ARCHBOLD, an individual, and DOES 1 to 25, inclusive,<br><br>　　　　Defendants. | No. 17-cv-797 WBS CKD<br><br><br><br>ORDER |

Before the court are plaintiff's Proposed Modifications to Final Pretrial Order. (Docket No. 106.) Defendant shall file a response to the Proposed Modifications stating whether defendant objects to any of the modifications. If defendant has any objections, defendant shall identify the specific modifications he objects to and provide the basis for each objection. The response shall be filed with five days of the date of this order.

　　　　IT IS SO ORDERED.

Dated: July 25, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1