# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a Nevada Corporation, ) | Case No.: 2:17-cv-00797-WBS-CKD |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | **ON REQUEST TO APPEAR** |
| vs. ) | **TELEPHONICALLY AT PRE-TRIAL** |
| ) | **HEARING** |
| GUY ARCHBOLD, an individual, and DOES 1 ) | |
| to 25, inclusive ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

Counsel for defendant, Guy Archbold, has submitted a request to appear telephonically at the hearing set for September 24, 2018, at 1:30 p.m.. The court regards the conference scheduled for that date to be important in that it will determine the course this case will take in the future, including whether Mr. Paulson will continue to represent Mr. Archibold, the issues to be determined in the next phase of the trial, and the date and length of the trial on the next phase. Under those circumstances, the court wishes counsel on both sides to appear in person at the conference. Since one of the reasons for Mr. Paulson's request is that he has an appearance in another court on that date which he was unable to reschedule, rather than allow for appearance by phone the court will continue the conference. IT IS THEREFORE ORDERED that the hearing presently set for September 24, 2018, is hereby CONTINUED to October 15, 2018, at 1:30 p.m.

1 | Counsel for both sides are ordered to appear in person at the conference, and defendant GUY ARCHIBOLD
2 | is ordered to appear personally at the conference as well.
3 |     IT IS SO ORDERED.

Dated: September 14, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE