Ognian Gavrilov, SBN 258583
H. Vincent McLaughlin, SBN 106071
Michael Coleman, SBN 295462
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:	(916) 504-0529
Facsimile:	(916) 473-5870
Email:	vmclaughlin@gavrilovlaw.com

Attorneys for Plaintiff
Rackwise, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>GUY ARCHBOLD, an individual,<br><br>Defendant. | CASE NO. 2:17-cv-00797-WBS-CKD<br><br>**ORDER GRANTING<br>MOTION TO EXONERATE BOND<br>AND RETURN FUNDS TO PLAINTIFF** |

On June 13, 2017, the Court issued its Memorandum and Order re: Motion for Preliminary Prohibitory and Mandatory Injunction (*Dkt. 13*), conditional upon the posting of a $10,000 bond by Plaintiff Rackwise, Inc. On June 13, 2017, Plaintiff posted the $10,000 bond with the Clerk of the Court.

On September 5, 2017, the Court issued its Memorandum of Decision, Findings of Fact, and Conclusions of Law (*Dkt. 132*). There is no longer the necessity of a bond pursuant to Federal Rule of Civil Procedure 65(c). The Clerk of the Court is directed to reconvey the $10,000.00 to Plaintiff Rackwise, Inc. and its attorneys, Gavrilov & Brooks.

**IT IS SO ORDERED.**

**Dated: October 3, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE