UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUY ARCHBOLD, an individual, and DOES 1 to 25, inclusive,<br><br>　　　　　Defendants. | No. 17-cv-797 WBS CKD<br><br><br><br>ORDER |

Before the court is the Motion to Withdraw filed by defense counsel Randall J. Paulson. (Docket No. 136.) The hearing on this motion is hereby ADVANCED to October 15, 2018, so that it be heard the same day currently set for the status conference in this case.

The court notes that it previously ordered counsel for all parties and defendant Guy Archbold to personally appear at the October 15, 2018 status conference. (Docket No. 134.) The court reaffirms that prior order. Counsel for plaintiff, counsel

for defendant, and defendant Guy Archbold shall all appear personally at the status conference and hearing on Mr. Paulson's Motion to Withdraw on October 15, 2018.

IT IS SO ORDERED.

Dated: October 3, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE