UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a Nevada corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>GUY ARCHBOLD, an individual, and DOES 1 to 25, inclusive,<br><br>        Defendants. | No. 17-cv-797 WBS CKD<br><br><br><br>ORDER |

Pursuant to the discussion with the parties at the status conference held December 10, 2018, a settlement conference is set before Magistrate Judge Edmund F. Brennan on February 7, 2019 at 10:00 a.m. in Courtroom 8, 13th floor. Defendant shall attend the settlement counsel with or without counsel.

No later than 12:00 p.m. (noon) on January 31, 2019, each party may, but is not required to, submit a Confidential Settlement Conference Statement via email to EFBorders@caed.uscourts.gov. The Confidential Settlement

Conference Statements shall not be filed with the clerk and shall not otherwise be disclosed to the trial judge. However, should either party choose to submit a Confidential Settlement Conference Statement, such party shall file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement."

The court also sets a status conference in this case for February 25, 2019 at 1:30 p.m. in Courtroom 5, during which the court will set a new date for the jury trial. The parties shall submit a joint status report by February 19, 2019, which shall contain the pertinent information called for in Local Rule 281 with respect to the trial on plaintiff's remaining claims against defendant. If defendant has not yet obtained new counsel, he shall personally appear at the status conference. If defendant has obtained new counsel by February 25, 2019, new counsel may appear for defendant.

IT IS SO ORDERED.

Dated: December 11, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE