Ognian Gavrilov, SBN 258583
H. Vincent McLaughlin, SBN 106071
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 473-5870
Email: vmclaughlin@gavrilovlaw.com

Attorneys for Plaintiff
Rackwise, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>GUY ARCHBOLD, an individual,<br><br>Defendant. | CASE NO. 2:17-cv-00797-WBS-CKD<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF TORT CLAIMS AND ENTRY OF FINAL JUDGMENT** |

On April 29, 2019, Plaintiff Rackwise, Inc. ("Plaintiff" or "Rackwise") filed its Motion for Voluntary Dismissal of Tort Claims and Entry of Final Judgment. (*Dkt. 150*).

Plaintiff has requested that the Court dismiss the following causes of action in Plaintiff's First Amended Complaint (*Dkt. 4*), pursuant to Federal Rule of Civil Procedure 41(a)(2): Second Cause of Action (Conversion), Third Cause of Action (Fraud), Fourth Cause of Action (Breach of Duty of Good Faith and Loyalty), and Fifth Cause of Action (Tortious Interference with Prospective Economic Advantage).

Plaintiff has requested that the Court, pursuant to Federal Rule of Civil Procedure 54(b) and Federal Rule of Civil Procedure 58(b)(2), enter Final Judgment on the First Cause of Action (Declaratory Relief) in Plaintiff's First Amended Complaint consistent with the September 5, 2018 Memorandum of Decision, Findings of Fact, and Conclusions of Law. (*Dkt. 132*).

No Opposition to the Motion having been received from Defendant Guy Archbold

("Defendant" or "Archbold"), and good cause appearing therefore, IT IS THEREFORE ORDERED that:

Plaintiff's Motion for Voluntary Dismissal of Tort Claims is GRANTED. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the following causes of action in Plaintiff's First Amended Complaint are dismissed, without prejudice, effective immediately: Second Cause of Action (Conversion), Third Cause of Action (Fraud), Fourth Cause of Action (Breach of Duty of Good Faith and Loyalty), and Fifth Cause of Action (Tortious Interference with Prospective Economic Advantage). Each party shall bear their own costs and attorneys' fees with respect to the dismissal of the four tort causes of action.

The Pretrial Status Conference scheduled for June 3, 2019 is VACATED.

Plaintiff's Motion for Entry of Final Judgment is GRANTED. Final Judgment shall be entered in favor of Plaintiff Rackwise and against Defendant Archbold with respect to the First Cause of Action for Declaratory Relief in the First Amended Complaint. In accordance with this Court's September 5, 2018 Memorandum of Decision, Findings of Fact, and Conclusions of Law, Final Judgment shall be entered in favor of Rackwise, Inc. with respect to the following findings of fact:

1. On March 22, 2017, Rackwise Funding II, LLC validly exercised its warrants and purchased 1,448,400 shares of Rackwise common stock.

2. On March 22, 2017, Triple R-F, LLC validly exercised its warrants and purchased 9,638,740 shares of Rackwise common stock.

3. On March 23, 2017, Rackwise shareholders Rackwise Funding, LLC, Rackwise Funding II, LLC, Black Diamond Financial Group, LLC, Black Diamond Holdings, LLC, and Triple R-F, LLC, acting by written consent in accordance with § 3.3 of the Rackwise Bylaws, ratified and approved the removal of Guy Archbold and Sherman Henderson as directors of Rackwise effective February 3, 2017, and ratified and approved the appointment of Patrick Imeson and Bart Richert as directors of Rackwise effective February 3, 2017.

4. On March 23, 2017, Rackwise shareholders Rackwise Funding, LLC, Rackwise Funding II, LLC, Black Diamond Financial Group, LLC, Black Diamond Holdings,

LLC, and Triple R-F, LLC, acting by written consent in accordance with § 3.3 of the Rackwise Bylaws, ratified and approved the termination of Guy Archbold as an officer and employee of Rackwise effective February 3, 2017, and ratified and approved the appointment of Patrick Imeson as chief restructuring officer for Rackwise effective February 3, 2017.

5. No later than March 23, 2017, Defendant Archbold ceased to have any legal authority to hold himself out as an officer, director, or employee of Rackwise, Inc., or to act on behalf of Rackwise, Inc.

6. The Rackwise Board, in acting to terminate defendant Archbold as an officer, director, and employee of Rackwise effective February 3, 2017, and as ratified by the Rackwise shareholders, had just cause.

The Final Judgment of the Court is that a permanent injunction is entered prohibiting and enjoining Guy Archbold, his agents, and any party acting in concert with him or his agents, from:

1. accessing or logging into, or attempting to access or log into, Rackwise, Inc.'s account in the U.S. SEC's online EDGAR filing system;

2. representing himself to anyone as being an officer, director, or employee of, or otherwise affiliated with Rackwise, Inc.; and

3. acting, attempting to act, or purporting to act on behalf of Rackwise, Inc.

**IT IS SO ORDERED.**

Dated: May 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE