Ognian Gavrilov, SBN 258583
H. Vincent McLaughlin, SBN 106071
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 473-5870
Email: vmclaughlin@gavrilovlaw.com

Attorneys for Plaintiff
Rackwise, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACKWISE, INC., a Nevada corporation, | CASE NO. 2:17-cv-00797-WBS-CKD |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| GUY ARCHBOLD, an individual, | |
| Defendant. | |

The Court has ORDERED, ADJUDGED and DECREED that Final Judgment is hereby entered in favor of Rackwise, Inc. and against Defendant Guy Archbold with respect to the following findings of fact:

1. On March 22, 2017, Rackwise Funding II, LLC validly exercised its warrants and purchased 1,448,400 shares of Rackwise common stock.

2. On March 22, 2017, Triple R-F, LLC validly exercised its warrants and purchased 9,638,740 shares of Rackwise common stock.

3. On March 23, 2017, Rackwise shareholders Rackwise Funding, LLC, Rackwise Funding II, LLC, Black Diamond Financial Group, LLC, Black Diamond Holdings, LLC, and Triple R-F, LLC, acting by written consent in accordance with § 3.3 of the Rackwise Bylaws, ratified and approved the removal of Guy Archbold and Sherman Henderson as directors of Rackwise effective February 3, 2017, and ratified and approved the appointment of Patrick Imeson and Bart Richert as directors of Rackwise effective February 3, 2017.

4. On March 23, 2017, Rackwise shareholders Rackwise Funding, LLC, Rackwise Funding II, LLC, Black Diamond Financial Group, LLC, Black Diamond Holdings, LLC, and Triple R-F, LLC, acting by written consent in accordance with § 3.3 of the Rackwise Bylaws, ratified and approved the termination of Guy Archbold as an officer and employee of Rackwise effective February 3, 2017, and ratified and approved the appointment of Patrick Imeson as chief restructuring officer for Rackwise effective February 3, 2017.

5. No later than March 23, 2017, Defendant Archbold ceased to have any legal authority to hold himself out as an officer, director, or employee of Rackwise, Inc., or to act on behalf of Rackwise, Inc.

6. The Rackwise Board, in acting to terminate defendant Archbold as an officer, director, and employee of Rackwise effective February 3, 2017, and as ratified by the Rackwise shareholders, had just cause.

IT IS THE JUDGMENT OF THE COURT that defendant Guy Archbald, his agents, and any party acting in concert with him or his agents are hereby permanently enjoined from:

1. accessing or logging into, or attempting to access or log into, Rackwise, Inc.'s account in the U.S. SEC's online EDGAR filing system;

2. representing himself to anyone as being an officer, director, or employee of, or otherwise affiliated with Rackwise, Inc.; and

3. acting, attempting to act, or purporting to act on behalf of Rackwise, Inc.

AND IT IS HEREBY ORDERED, ADJUDGED and DECREED that each party shall bear its own costs and attorneys' fees incurred in this action.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Court shall retain jurisdiction over any matter pertaining to this Final Judgment, including enforcing the terms of this Final Judgment.

AND IT IS FURTHER ORDERED, ADJUDGED and DECREED that this case is DISMISSED, and the Clerk of the Court is ordered to enter this Final Judgment forthwith and without further notice. This is a final appealable order.

Dated: May 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT